IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GERY LIVINGSTON GROSS | ) |
| | ) |
| v. | ) NO. 3:04-1030 |
| | ) JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF | ) |
| SAFETY, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge dated July 18, 2005 (Docket No. 26) and Plaintiff's objections thereto (Docket No. 29). The Court has reviewed the Magistrate Judge's findings, the objections, and the record.

The Plaintiff's objections are OVERRULED, and the Report and Recommendation is ADOPTED and APPROVED. Accordingly, Defendant Tennessee Department of Safety's Motion for Summary Judgment (Docket No. 13) is GRANTED, and the claims against that Defendant are DISMISSED with prejudice. In addition, all claims against Defendants Wilber Law Firm and Ohio Casualty Insurance Group are DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE